COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| | § | |
| MICHELIN NORTH AMERICA, INC. | | |
| | § | |
| Appellant, | | No. 08-17-00119-CV |
| | § | |
| v. | | Appeal from the |
| | § | |
| BRENDA ISELA LOPEZ DE | | County Court at Law No. 6 |
| SANTIAGO, Individually and as | § | |
| Representative of the ESTATE OF | | of El Paso County, Texas |
| EILEEN ARAMBULA LOPEZ, | § | |
| Deceased, and PEDRO ARAMBULA | | (TC# 2016-DCV1638) |
| MERAZ | § | |
| | | |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF JUNE, 2018.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.